NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

2009-1195

NATIONAL PRODUCTS, INC.,

Plaintiff-Appellee,

v.

GAMBER-JOHNSON LLC,

Defendant-Appellant.

Appeal from the United States District Court for the Western District of Washington in case no. 07-CV-1985, Judge Richard A. Jones.

ON MOTION

ORDER

Upon consideration of Gamber-Johnson LLC's motion for a 13-day extension of time, until July 2, 2009, to file its reply brief,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

JUN 1 6 2009
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc:  David K. Tellekson, Esq.
     David L. DeBruin, Esq.

s8

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JUN 16 2009

JAN HORBALY
CLERK